## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DWIGHT ELLIS BROOKS | |
| Plaintiff | |
| V. | NO: 4:14CV00023 SWW |
| MIKE BEEBE, Governor of the State of Arkansas, and JAMES M. MOODY, United States District Judge for the Eastern District of Arkansas | |
| Defendants | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 6TH DAY OF FEBRUARY, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE