# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DWIGHT ELLIS BROOKS     *

    *

        Plaintiff     *

    *

V.     *

    *       NO: 4:14CV00023 SWW

MIKE BEEBE, Governor of the State of     *

Arkansas, and JAMES M. MOODY,     *

United States District Judge for the     *

Eastern District of Arkansas

        Defendants

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 6TH DAY OF FEBRUARY, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE